UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-12504
Sherie M. Pletsch )
)   Chapter: 7
)
)   Honorable Timothy Barnes
)
)
Debtor(s) )

## ORDER TO WITHDRAW ATTORNEYS

THIS MATTER coming to be heard on the MOTION TO WITHDRAW AS ATTORNEY, the court having jurisdiction, with due notice having been given, the court hereby orders that:

1. The motion is granted as set forth herein.

2. Attorneys Andrew Nelson and Nathan E. Curtis of Geraci Law LLC hereby withdraw as counsel for the Debtor.

3. The Debtor is pro se for all purposes before this court until other counsel appears on her behalf. All notices to the Debtor shall be sent to her last address of record with the court in this matter.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 11, 2026

**Prepared by:**

Nathan E. Curtis
Geraci Law L.L.C.
55 E. Monroe St. Suite 3400
Chicago, IL 60603